# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| BRITTANY ALEXANDER, On Behalf of Herself and All Others Similarly Situated,<br><br>    *Plaintiff*,<br><br>v.<br><br>FIRST MERIDIAN SERVICES, INC., TENNESSEE F&B, LLC, and SKYPORT HOSPITALITY, LLC,<br><br>    *Defendants*. | **COLLECTIVE ACTION**<br><br>**CASE NO. 3:23-cv-00148**<br><br>**JUDGE TRAUGER**<br><br>**JURY DEMAND** |

## PLAINTIFFS' UNOPPOSED MOTION TO APPROVE SETTLEMENT AND DISMISS ACTION WITH PREJUDICE

The parties have entered into the attached, binding, written Settlement Agreement (the "Settlement" or "Agreement") in this matter, subject to Court approval. Plaintiffs now move the Court to approve their Settlement as a fair and reasonable settlement of *bona fide* disputes under the Fair Labor Standards Act ("FLSA"). The Agreement is attached hereto.

For the reasons set forth in the attached Memorandum of Law, the Settlement should be approved, and this action should be dismissed with prejudice. This Motion is unopposed.

A proposed order granting this relief is attached hereto.

Dated: November 16, 2023

Respectfully submitted,

/s/ Joshua A. Frank
**DAVID W. GARRISON (No. 24968)**
**JOSHUA A. FRANK (No. 33294)**
**NICOLE A. CHANIN (No. 40239)**
Barrett Johnston Martin & Garrison, PLLC
200 31st Ave North
Nashville, TN 37203
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
dgarrison@barrettjohnston.com
jfrank@barrettjohnston.com

nchanin@barrettjohnston.com

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

      I hereby certify that a copy of *Plaintiffs' Unopposed Motion to Approve Settlement and Dismiss Action with Prejudice* was filed electronically with the Clerk's office by using the CM/ECF system and served on the following counsel for Defendant as listed below on November 16, 2023.

**H. ROWAN LEATHERS, III (No. 10023)**
**MATTHEW R. HINSON (No. 37559)**
BUTLER SNOW LLP
150 3rd Ave S Ste 1600
Nashville, TN 37201
Telephone: (615) 651-6700
Facsimile: (615) 651-6701
rowan.leathers@butlersnow.com
matt.hinson@butlersnow.com

**RICHARD J. GLEASON (CO Bar No. 14098)**
RICHARD J. GLEASON, LLC
4725 S. Monaco St., Suite 120
Denver, CO 80237
Telephone: (720) 531-3466
Facsimile: (720) 696-7962
rick@rgleasonlaw.com

*Attorneys for Defendant*

                                                  /s/ Joshua A. Frank
                                                  JOSHUA A. FRANK
                                                  **BARRETT JOHNSTON**
                                                        **MARTIN & GARRISON, PLLC**