# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| **BRITTANY ALEXANDER, On Behalf of Herself and All Others Similarly Situated,** | ) ) ) ) | |
| *Plaintiff*, | ) ) | **COLLECTIVE ACTION** |
| | ) | **CASE NO. 3:23-cv-00148** |
| **v.** | ) ) | **JUDGE TRAUGER** |
| **FIRST MERIDIAN SERVICES, INC., TENNESSEE F&B, LLC, and SKYPORT HOSPITALITY, LLC,** | ) ) ) ) | **JURY DEMAND** |
| *Defendants*. | ) | |

## ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

This matter is before the Court on Plaintiffs' Unopposed Motion to Approve Settlement and Dismiss Action with Prejudice (Doc. No. 59 ). The Motion is **GRANTED**. The Court finds that the Settlement is a fair and reasonable compromise of a *bona fide* dispute under the Fair Labor Standards Act. Accordingly, the parties' Settlement is **APPROVED** and the Plaintiffs' claims are hereby **DISMISSED WITH PREJUDICE**.

It is so ORDERED.

_____
Judge Aleta A. Trauger
**United States District Judge**